# EXHIBIT D

# CHOOSING THE BEST TYVASO DEVICE
## FOR YOUR PATIENTS

TYVASO can be delivered via 2 devices




| TYVASO DPI® (treprostinil) Inhalation Powder | OR | TYVASO® (treprostinil) Inhalation Solution |



DPI=dry powder inhaler.

# Understand the differences between the 2 available TYVASO devices



## TYVASO DPI (treprostinil) Inhalation Powder

| | |
|---|---|
| Portability | Small, portable dry powder inhaler that does not require a strong breath[1,2] |
| Setup | Insert single-dose cartridge and inhale[1]<br>Maintenance-free (no cleaning required)[4] |
| Dosing | 4x daily[1]<br>Each dose is inhaled in less than 2 seconds[6] |
| Titration | Increase cartridge strength by 16 mcg per session every 1-2 weeks to a target maintenance dose of 48 mcg to 64 mcg[1] |

**STARTING DOSE**
1 breath per cartridge/ 4x daily

16 mcg

Increase cartridge strength every 1-2 weeks as tolerated

16 mcg → 32 mcg → 48 mcg → 64 mcg

**TARGET DOSE**
1 breath per cartridge/ 4x daily

48 mcg TO 64 mcg

Titration schedules may vary based on tolerability. If the prescribed dose is higher than 64 mcg per treatment session, more than 1 cartridge will be needed per session.[1]



## TYVASO (treprostinil) Inhalation Solution

| | |
|---|---|
| Portability | Cordless, handheld nebulizer that utilizes normal patient breathing[3] |
| Setup | Set up device 1x each morning[5]<br>Clean device 1x each night[5] |
| Dosing | 4x daily[5]<br>Each treatment session only takes approximately 2-3 minutes[5] |
| Titration | Increase the number of breaths per session every week to a target maintenance dose of 9-12 breaths[5] |

**STARTING DOSE**


3 breaths/ 4x daily[3]

**TARGET DOSE**


9-12 breaths/ 4x daily[3]

Titration schedules may vary based on tolerability. Learn more about titrating with the TYVASO nebulizer by visiting www.TYVASOhcp.com.

Patients can transition between either TYVASO device.
**See the dose comparison chart on the back cover.**




## Dose Comparison[1,4]

| TYVASO DPI Cartridge Strength | TYVASO Nebulizer # of Breaths |
|---|---|
| 16 mcg | ≤5 |
| 32 mcg | 6 to 7 |
| 48 mcg | 8 to 10 |
| 64 mcg | 11 to 12 |
| 80 mcg (32 + 48 mcg) | ~15* |
| 96 mcg (32 + 64 mcg) | ~18* |
| 112 mcg (48 + 64 mcg) | ~21* |
| 128 mcg (16 + 48 + 64 mcg) | ~24* |

*Based on an extrapolation of lower doses assuming linearity.

TYVASO DPI and the TYVASO nebulizer both offer **dosing at home or on the go,** with treatment sessions approximately every 4 waking hours[1,5]:

   

Waking — Lunch — Dinner — Bedtime

## Learn more by visiting www.TYVASOdevices.com.

**References: 1.** TYVASO DPI [package insert]. Research Triangle Park, NC: United Therapeutics Corporation; 2023. **2.** Dal Negro RW. Multidiscip Respir Med. 2015;10(1):13. **3.** TYVASO [Instructions for use]. Research Triangle Park, NC: United Therapeutics Corporation; 2022. **4.** McEvoy C, Argula R, Sahay S, et al. Tyvaso DPI: Drug-device characteristics and patient clinical considerations. Pulm Pharmacol Ther. 2023;83:102266. **5.** TYVASO [package insert]. Research Triangle Park, NC: United Therapeutics Corporation; 2022. **6.** Data on file. MannKind Corporation. Danbury, CT.

United Therapeutics CORPORATION



TYVASO DPI® (treprostinil) INHALATION POWDER

TYVASO® (treprostinil) INHALATION SOLUTION

TYVASO and TYVASO DPI are registered trademarks of United Therapeutics Corporation.

© 2024 United Therapeutics Corporation. All rights reserved. US/TYV/0882 Printed in USA.

