# Exhibit 5



## 2024CVS3755 : United Therapeutics Corp. v. Roscigno
### NORTH CAROLINA BUSINESS COURT - DURHAM

| | | | |
|---|---|---|---|
| **Case Number** | 2024CVS3755 | **Plaintiff** | UNITED THERAPEUTICS CORPORATION et al |
| **Case County** | DURHAM | **Defendant** | ROBERT ROSCIGNO et al |
| **Case Type** | Rule 2.1 & 2.2 - Complex Business Case | **Judge** | Julianna Theall Earp |
| **Status** | ACTIVE | **Court Location** | Greensboro |
| **Filing Date** | 05-29-2024 | | |
| **Designation Date** | 05-31-2024 | | |

⊞ Show/Hide Participants

⊞ Show/Hide Events

| **File Date** | **Case History** |
|---|---|
| 05-27-2025 11:20:05 AM | Order and Opinion on Defendants' Motion to Dismiss<br>39 Order and Opinion |
| 05-27-2025 11:02:52 AM | Transcript Excerpts - 19 December 2024 Hearing<br>38 Other Filing |
| 03-26-2025 04:34:14 PM | Notice of Designation of Secure Leave for S. Carey<br>37 Designation of Secure Leave |
| 12-13-2024 12:39:28 PM | Notice of Appearance of Kyle S. Smith<br>36 Notice of Appearance |
| 12-09-2024 05:48:40 PM | Order Granting Amended Motion for Pro Hac Vice Admissions of William C. Jackson, Douglas H. Carsten, Arthur P. Dykhuis, Katherine Pappas, Courtney Seams, and Lillian Spetrino<br>35 Order |
| 12-05-2024 01:17:41 PM | Amended Motion for Pro Hac Vice Admissions<br>34 Motion for Admission Pro Hac Vice |
| 12-04-2024 12:00:32 PM | Motion for Pro Hac Vice Admissions<br>32 Motion for Admission Pro Hac Vice<br>  - 32.1 Index of Exhibits to Motion for Pro Hac Vice Admissions<br>  - 32.2 Ex. A - Client Statement in Support of Motion for Pro Hac Vice Admissions<br>  - 32.3 Ex. B - William C. Jackson Declaration<br>  - 32.4 Ex. C - Douglas H. Carsten Declaration<br>  - 32.5 Ex. D - Arthur P. Dykhuis Declaration<br>  - 32.6 Ex. E - Katherine Pappas Declaration<br>  - 32.7 Ex. F - Courtney Seams Declaration<br>  - 32.8 Ex. G - Lillian Spetrino Declaration |
| 12-04-2024 12:00:32 PM | Proposed Order Granting Plaintiffs' Motion for Pro Hac Vice Admissions<br>33 Proposed Order |
| 11-15-2024 03:10:57 PM | Order Granting Motion for Admission Pro Hac Vice of David E. Finkelson<br>31 Order |
| 11-07-2024 03:49:50 PM | Proposed Order - Motion for Admission Pro Hac Vice of David E. Finkelson<br>30 Proposed Order |
| 11-07-2024 03:46:04 PM | Motion for Admission Pro Hac Vice of David E. Finkelson<br>29 Motion for Admission Pro Hac Vice<br>  - 29.1 Declaration of David E. Finkelson<br>  - 29.2 Statement of Defendant Robert Roscigno<br>  - 29.3 Certificate of Good Standing |
| 10-31-2024 04:43:42 PM | Order Granting Motion for Admission of Sanya Sukduang, Jonathan Davies, and Phillip Morton to Practice Pro Hac Vice<br>28 Order |
| 10-31-2024 03:36:48 PM | Order Denying Motion for Admission Pro Hac Vice of David E. Finkelson<br>27 Order |
| 10-22-2024 03:03:44 PM | Motion for Admission of Sanya Sukduang, Jonthan Davies, and Phillip Morton to Practice Pro Hac Vice<br>25 Motion for Admission Pro Hac Vice<br>  - 25.1 Exhibit A - Client Statement<br>  - 25.2 Exhibit B - Attorney Affidavits |
| 10-22-2024 03:03:44 PM | Proposed Order on Motion for Pro Hac Admission |

| Date | Description |
|---|---|
| | 26 Proposed Order |
| 10-16-2024 01:54:23 PM | Proposed Order - Motion for Admission Pro Hac Vice of David E. Finkelson<br>24 Proposed Order |
| 10-16-2024 01:51:29 PM | Motion for Admission Pro Hac Vice of David E. Finkelson<br>23 Motion for Admission Pro Hac Vice<br>   - 23.1 Declaration of David E. Finkelson<br>   - 23.2 Statement of Defendant Robert Roscigno<br>   - 23.3 Certificate of Good Standing |
| 10-07-2024 01:44:10 PM | Notice of Hearing<br>22 Notice of Hearing |
| 10-03-2024 12:19:21 PM | Defendants' Reply In Support of Defendants' Motion to Dismiss Complaint<br>21 Reply Brief |
| 09-18-2024 03:21:08 PM | Memorandum in Opposition to Defendants' Motion to Dismiss<br>20 Response/Opposition Brief |
| 08-09-2024 02:16:40 PM | Order on Joint Motion for Extension of Time<br>19 Order |
| 08-08-2024 05:08:57 PM | Joint Motion for Extension of Time<br>17 Motion to Extend |
| 08-08-2024 05:08:57 PM | Proposed Order Regarding Joint Motion for Extension of Time<br>18 Proposed Order |
| 08-01-2024 02:07:00 PM | Order on Joint Motion for Limited Stay<br>16 Order |
| 07-30-2024 04:12:37 PM | Defendants' Motion to Dismiss Plaintiff's Complaint<br>14 Motion to Dismiss |
| 07-30-2024 04:12:37 PM | Defendants' Brief in Support of Defendants' Motion to Dismiss Plaintiffs' Complaint<br>15 Brief in Support (except Summary Jmnt Motion)<br>   - 15.1 Exhibit A - USPTO webpage for the '494 patent<br>   - 15.2 Exhibit B - USPTO Patent Assignment |
| 07-29-2024 03:54:42 PM | Notice of Appearnce of Corinne Hockman for Defendant Robert Roscigno<br>13 Notice of Appearance |
| 07-23-2024 05:03:58 PM | Joint Motion for Limited Stay<br>11 Motion to Stay |
| 07-23-2024 05:03:58 PM | Proposed Order on Joint Motion for Limited Stay<br>12 Proposed Order |
| 06-05-2024 09:56:29 AM | Notice of Appearance of Corri A. Hopkins<br>10 Notice of Appearance |
| 06-05-2024 09:52:57 AM | Notice of Appearance of Andrew P. Tabeling<br>9 Notice of Appearance |
| 06-05-2024 09:49:13 AM | Notice of Appearance of Stephen V. Carey<br>8 Notice of Appearance |
| 06-04-2024 04:08:47 PM | Defendant Robert Roscigno's Acceptance of Service<br>7 Acceptance of Service |
| 06-04-2024 04:07:05 PM | Stipulation Extending Time for Defendants to Answer Complaint<br>5 Other Notice |
| 06-04-2024 04:07:05 PM | Defendant Liquidia Technologies, Inc.'s Acceptance of Service<br>6 Acceptance of Service |
| 05-31-2024 03:53:10 PM | Designation Order<br>1 Designation Order |
| 05-29-2024 04:27:33 PM | Notice of Designation<br>4 Notice of Designation |
| 05-29-2024 04:26:39 PM | Filed Delayed Service of Complaint<br>3 Other Filing |
| 05-29-2024 04:25:22 PM | Complaint<br>2 Complaint |