IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:25-cv-00299-TDS-JLW

| | |
|---|---|
| Liquidia Technologies, Inc.,<br><br>         Plaintiff,<br><br>v.<br><br>United Therapeutics Corporation,<br><br>         Defendant. | **NOTICE OF CHANGE OF FIRM AFFILIATION** |

Effective February 3, 2026, Sanya Sukduang, counsel for Plaintiff Liquidia Technologies, Inc. ("Liquidia"), gives notice of the following new firm and contact information:

> Sanya Sukduang
> NORTON ROSE FULBRIGHT US LLP
> 799 9th Street NW, Suite 1000
> Washington, DC 20001
> (202) 662-0241
> sanya.sukduang@nortonrosefulbright.com

Mr. Sukduang has conferred with Liquidia about his continued representation of Liquidia at his new law firm. Liquidia consents to continued representation by Mr. Sukduang.

This the 6th day of February, 2026.

                */s/ Sanya Sukduang*
                Sanya Sukduang (Special Appearance)
                NORTON ROSE FULBRIGHT US LLP
                799 9th Street NW, Suite 1000
                Washington, DC 20001
                (202) 662-0241
                sanya.sukduang@nortonrosefulbright.com

/s/ Stephen V. Carey
Stephen V. Carey
NC State Bar No. 52791
Corri A. Hopkins
NC Bar No. 54856
Aislinn R. Klos
NC Bar No. 58309
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Raleigh, N.C. 27601
Tel.: (919) 828-0564 | Fax: (919) 864-4564
stevecarey@parkerpoe.com
corrihopkins@parkerpoe.com
aislinnklos@parkerpoe.com

*Counsel for Plaintiff Liquidia Technologies, Inc.*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **NOTICE OF CHANGE OF FIRM AFFILIATION** was electronically filed on this day with the Clerk of Court using the CM/ECF system which will automatically send notice of the same to counsel of record.

This the 6th day of February, 2026.

> /s/ Sanya Sukduang
> Sanya Sukduang (Special Appearance)
> NORTON ROSE FULBRIGHT US LLP
> 799 9th Street NW, Suite 1000
> Washington, DC 20001
> (202) 662-0241
> sanya.sukduang@nortonrosefulbright.com
>
> *Counsel for Plaintiff Liquidia Technologies, Inc.*