**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**CIVIL ACTION NO. 1:25-CV-00299-TDS-JGM**

| | |
|---|---|
| LIQUIDIA TECHNOLOGIES, INC.,<br>*Plaintiff*,<br>v.<br>UNITED THERAPEUTICS CORPORATION,<br>*Defendant*. | **JOINT STATUS REPORT** |

On April 20, 2026, Defendant United Therapeutics Corporation ("UTC") applied to extend the stay of this case. (D.E. 49.) UTC's motion sought to extend the stay through resolution of state court cases involving Plaintiff Liquidia Technologies, Inc. ("Liquidia") and Dr. Roscigno's alleged trade secret misappropriation and breach of contract. On May 20, 2026, the Court granted UTC's motion and stayed this matter "pending resolution of all claims relating to the ownership of the '494 patent in the North Carolina state court breach of contract action." (D.E. 55 at 11.) The Court directed Liquidia and UTC to "file a joint report every 90 days as to the status of the North Carolina state court contract action." (D.E. 55 at 11 (referring to *United Therapeutics Corp. and Lung Biotech. PBC v. Roscigno and Liquidia Techs., Inc.*, Case No. 24-CVS-3755 (N.C. Super. Ct.)).)

The breach of contract action is progressing through fact discovery, which is set to close on February 2, 2027. (D.E. 49, 55.) To date, all three parties—UTC, Liquidia, and Dr. Roscigno—have served and responded to multiple sets of document requests and interrogatories. There are additional requests with responses pending. The parties have

made available or produced hundreds of thousands of pages of documents, with more productions expected, and have submitted two letters to the court raising discovery disputes. One deposition has already been noticed and is being scheduled to occur before the end of September. The parties expect to schedule additional depositions in due course. Procedurally, on July 28, 2026, the state court contract action was reassigned to Judge A. Graham Shirley due to Judge Julianna Theall Earp's retirement.

The parties will coordinate and prepare another status update for the Court and submit it on or before November 16, 2026, and again on February 16, 2027.

Dated, August 17, 2026


/s/ *Stephen V. Carey*
Stephen V. Carey (NC Bar No. 52791)
Corri A. Hopkins (NC Bar No. 54856)
Aislinn R. Klos (NC Bar No. 58309)
PARKER POE ADAMS & BERNSTEIN LLP
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27601
Tel.: 919-828-0564
stevecarey@parkerpoe.com
corrihopkins@parkerpoe.com
aislinnklos@parkerpoe.com

Phillip E. Morton (*Special Appearance*)
Brittany Cazakoff (*Special Appearance*)
Jordan M. Landers (*Special Appearance*)
COOLEY LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Tel.: 202-842-7800
pmorton@cooley.com
bcazakoff@cooley.com
jlanders@cooley.com

/s/ *Christopher G. Smith*
Christopher G. Smith
N.C. State Bar No. 22767
David A. Pasley
N.C. State Bar No. 52332
SMITH, ANDERSON, BLOUNT, DORSETT, MITCHELL & JERNIGAN, L.L.P.
Post Office Box 2611
Raleigh, North Carolina 27602-2611
Telephone: (919) 821-6745
Email: csmith@smithlaw.com
dpasley@smithlaw.com

William C. Jackson (*Special Appearance*)
D.C. Bar No. 475200
Goodwin Procter LLP
1900 N Street, NW
Washington, DC 20001
Telephone: (202) 346-4000
Email: WJackson@goodwinlaw.com

Daniel Knauss (*Special Appearance*)
Lauren Strosnick (*Special Appearance*)
Kyung Taeck Minn (*Special Appearance*)
COOLEY LLP
3175 Hanover St.
Palo Alto, California 94304-1130
Tel.: 650-843-5287
dknauss@cooley.com
lstrosnick@cooley.com
rminn@cooley.com

Sanya Sukduang (*Special Appearance*)
Jonathan Davies (*Special Appearance*)
John Habibi (*Special Appearance*)
Rachel L. Preston (*Special Appearance*)
NORTON ROSE FULBRIGHT US LLP
799 9th Street NW, Suite 1000
Washington, DC 20001-4501
Tel.: 202-662-0200
sanya.sukduang@nortonrosefulbright.com
jonathan.davies@nortonrosefulbright.com
john.habibi@nortonrosefulbright.com
rachel.preston@nortonrosefulbright.com

Michael J. Abernathy (*Special Appearance*)
Wan-Shon Lo (*Special Appearance*)
Michael T. Sikora (*Special Appearance*)
MORGAN, LEWIS & BOCKIUS LLP
110 North Wacker Drive
Chicago, Illinois 60606-1511
Tel.: 312-324-1000
mike.abernathy@morganlewis.com
shon.lo@morganlewis.com
michael.sikora@morganlewis.com

Alison P. Patitucci (*Special Appearance*)
MORGAN, LEWIS & BOCKIUS LLP
2222 Market Street
Philadelphia, Pennsylvania 19103-3007
Tel.: 215-963-4886
alison.patitucci@morganlewis.com

Douglas H. Carsten (*Special Appearance*)
Cal. Bar No. 198467
McDermott Will & Schulte LLP
12636 High Bluff Drive, Suite 325
San Diego, CA 92130
Telephone: (619) 467-1802
Email: Dcarsten@mcdermottlaw.com

*Attorneys for United Therapeutics Corporation*

Zachary Messick (*Special Appearance*)
MORGAN, LEWIS & BOCKIUS LLP
600 Anton Boulevard, Suite 1800
Costa Mesa, California 92626-7653
Tel.: 714-830-0600
zachary.messick@morganlewis.com

*Attorneys for Liquidia Technologies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed with the Court using the CM/ECF system.

Dated: August 17, 2026

SMITH, ANDERSON,
BLOUNT, DORSETT,
MITCHELL & JERNIGAN, L.L.P.

/s/ *Christopher G. Smith*
Christopher G. Smith
N.C. State Bar No. 22767
David A. Pasley
N.C. State Bar No. 52332
Post Office Box 2611
Raleigh, North Carolina 27602-2611
Telephone: (919) 821-6745
Email: csmith@smithlaw.com
dpasley@smithlaw.com

*Attorneys for United Therapeutics Corporation*